## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 06, 2012

TO COUNSEL LISTED BELOW:

    No. 09-41238 - In re: Amy Unknown
    (Cons.w/No. 09-41254)
        USDC No. 6:08-CR-61
        USDC No. 6:08-CR-61-1
    No. 09-31215 - USA vs. Michael Wright
        USDC No. 2:09-CR-102-1
    ---------------------------------------

Dear Counsel:

    Without foreclosing briefing on whatever other issues counsel deem relevant, the court has advised that in these two en banc cases at least some members of the court are interested in briefing and argument on the following issues:

    1. What, if any, causal relationship or nexus between the defendant's conduct and the victim's harm or damages must the government or the victim establish in order to recover restitution under § 2259;

    2. How would the nexus standard you urge be applied to the facts in each of the above cases, irrespective of the standard of appellate review; and

    3. Is mandamus an appropriate vehicle for this court to decide *In re: Amy Unknown*, (No. 09-41238)?

Also, the court has directed that 45 minutes "per side" of argument time will be allotted, rather than scheduling two separate, full arguments. If you have any questions concerning this, please contact me.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By:_____
                          Geralyn A. Maher
                          Calendar Clerk
                          504-310-7630

Mr. Paul G. Cassell
Ms. Robin E. Schulberg
Mr. Michael A. Rotker

cc:    Ms. Amanda L. Griffith    Ms. Traci L. Kenner
       Mr. James R. Marsh        Mr. Stanley G. Schneider
       Mr. Brian M. Klebba       Ms. Dianne H. Copes